# United States Court of Appeals for the Federal Circuit

---

May 23, 2012

**ERRATA**

---

Appeal No. 2011-1073

**IN RE BAXTER INTERNATIONAL, INC.**

Decided: May 17, 2012
Precedential Opinion

---

Please make the following change to Judge Newman's dissenting opinion:

Page 8, line 17, change "defers" to --defer--.